UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-295 ADM/AJB |
| Plaintiff, | |
| v. | NOTICE OF HEARING |

1) Derek Wayne Brown,
2) Robert Brandon Cook,
3) Leverett Cushawn Cargill,
4) Carl Maurice Woodard,
5) Lanesta Jean White,
6) Tiffany Tyeisha Dantzler,
7) Orlando Michael Jravha Walker,
8) Victor Cortez Shelton,
9) Shila Marie Robinson,

   Defendants.

---

You are hereby given notice that the criminal motions hearing in the above captioned matter will be held on February 9, 2011, at 9:00 a.m. in Courtroom 3C of the U.S. Courthouse, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated:  December 23, 2010

 s/Arthur J. Boylan
Arthur J. Boylan
Chief United States Magistrate Judge